**Rickie Joseph ANDERSON, Plaintiff–Appellant,**

v.

**Pharmacist Julie FINCH; Lt. Mack; Sgt. K. Hallman; Dr. Connie Vice; Dr. Herbert Myles; Dr. Michael Weinstein; Daniel Johnson; Judge J.B. Allen; H.G. Alexander, Defendants–Appellees.**

No. 08–6692.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 22, 2008.

Rickie Joseph Anderson, Appellant Pro Se.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rickie Joseph Anderson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Anderson v. Finch,* No. 5:08–ct–03002–FL (E.D.N.C. Mar. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*